IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01807-RPM

HUNTER DOUGLAS INC.,

    Plaintiff,
v.

JASON T. THRONE,
MARY C. THRONE, and
PATENT SERVICES GROUP, INC.,

    Defendant.
_____

ORDER DENYING MOTION FOR ENTRY OF STIPULATED PRELIMINARY
INJUNCTION AND ORDER FOR EXPEDITED DISCOVERY
_____

    Yesterday, the plaintiff filed a pleading designated Unopposed Motion for Entry of Stipulated Preliminary Injunction and Order for Expedited Discovery.  The only basis for the representation that this is a stipulated order is the statement by Randall H. Miller that the defendants consent to entry.  Inexplicably, there is no return of service on file, there is no entry of appearance and counsel's certification does not identify what defendants have consented to the draconian terms of the proposed order.  It is

    ORDERED that the motion is denied.

    DATED:  July 1st, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge