**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     July 24, 2014
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

---

Civil Action No. 14-cv-01807-RPM

HUNTER DOUGLAS, INC.,                                        Randall H. Miller

         Plaintiff,

v.

JASON T. THRONE,                                             George T. Dilworth
MARY C. THRONE, and                                          **No entry of appearance**
PATENT SERVICES GROUP, INC.,                                 Colin A. Walker

         Defendants.

---

**COURTROOM MINUTES**

---

**Hearing on Renewed Motion for Preliminary Injunction and Expedited Discovery**

**2:25 p.m.        Court in session.**

Court's preliminary remarks and states its summary of the issue before it.

Mr. Dilworth answers questions asked by the Court.
Mr. Dilworth states he is unaware of any pending criminal charges.

Statements by Mr. Dilworth [13], (stand still with respect to asset).
Mr. Dilworth states defendants are not admitting to liability nor consenting to venue at this time.

Statements by Mr. Miller.

Court suggests parties enter into a stipulation.

**ORDERED:    Renewed Unopposed Motion for Entry of a Stipulated Order for Preliminary
             Injunction and Expedited Discovery [13], is denied.**

**2:39 p.m.        Court in recess.**

Hearing concluded.  Total time: 14  min