IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01807-RPM

HUNTER DOUGLAS INC.,

    Plaintiff,
v.

JASON T. THRONE,
MARY C. THRONE, and
PATENT SERVICES GROUP, INC.,

    Defendant.
_____

ORDER DENYING DEFENDANTS' MOTION TO DISMISS OR TRANSFER
_____

    On September 22, 2014, the defendants filed a motion to dismiss or transfer [Doc. 24]. The motion to dismiss for improper venue or in the alternative for transfer under 28 U.S.C. § 1404 has been fully briefed. In the reply filed October 7, 2014 [Doc. 27] the defendants concede that venue in this district is proper and ask for a discretionary transfer under 28 U.S.C. § 1404(a). The defendants have not made a persuasive case for a discretionary transfer of this civil action to the District of Maine. Contained in the motion to dismiss or transfer is also a motion under Fed. R. Civ. P. 12(b)(6) to dismiss counts one and two. The allegations of the complaint are sufficient to state those claims for relief. It is now

    ORDERED that the defendants' motion to dismiss or transfer, including the Rule 12(b)(6) motion is denied.

    DATED: October 9th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge